| | | |
|---|---|---|
| STATE OF SOUTH DAKOTA ) | | IN CIRCUIT COURT |
| : SS | | |
| COUNTY OF MINNEHAHA ) | | SECOND JUDICIAL CIRCUIT |

| | |
|---|---|
| First Premier Bank, ) | Civ. No. _____ |
| ) | |
| ) | **SUMMONS** |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| MetaBank (formerly known as First ) | |
| Federal Savings Bank) ) | |
| ) | |
| ) | |
| Defendant. | |

TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve upon Lee A. Magnuson of Lynn, Jackson, Shultz & Lebrun, P.C., attorneys for the Plaintiff, whose address is P.O. Box 1920, 141 North Main Avenue, Sioux Falls, SD 57101-3020, an answer to the Complaint which is herewith served upon you, within thirty (30) days after the service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be rendered against you for the relief requested in the Complaint.

Dated this 13th day of June, 2006.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____
Lee A. Magnuson
David L. Nadolski
Attorneys for Plaintiff First Premier Bank
P.O. Box 1920
Sioux Falls, SD 57101-3020
605-332-5999

EXHIBIT 1